UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RODERIC BACOTE,

                                       Plaintiff,

               -against-

THE CITY OF NEW YORK, et. al.,

                               Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08-CV-5836 (AKH)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:         New York, New York
                 July 21, 2008

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the
                                  City of New York
                                 *Attorney for Defendants*
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 442-8248

                               By:              /s/
                                          MARK D. ZUCKERMAN

TO:     Brett H. Klein, Esq.
        Leventhal and Klein, LLP
        *Attorneys for Plaintiff*
        45 Main Street, Ste. 230
        Brooklyn, New York 11201
        (718) 722-4100